

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| R&M MIXED BEVERAGE CONSULTANTS, INC., | § | No. 08-17-00054-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| SAFE HARBOR BENEFITS, INC., USG INSURANCE SERVICES, INC., RYAN SPECIALTY GROUP SERVICES, LLC, AND/OR RYAN SPECIALTY GROUP, LLC, | § § § | of El Paso County, Texas (TC# 2016DCV0374) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, all costs in this Court. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE, 2019.


GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.